**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DAMIEN LABEAUD** | * | **CIVIL ACTION NO.: ____________** |
| | * | |
| **VERSUS** | * | **SECTION: _______** |
| | * | |
| **GREAT WEST CASUALTY COMPANY, RUSSELL OBERG, R-STAR LOGISTICS, GREGORY SPINA, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** | * * * * * * | |

* * * * * * * * * * * * * * *

**COMPLAINT FOR REMOVAL**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Great West Casualty Company, who with respect states:

1.

This action has been brought in the Civil District Court for the Parish of Orleans, State of Louisiana by the service of a Petition for Damages and a Citation on Defendants. The action brought in the Civil District Court for the Parish of Orleans, No. 12-6987, Division J, is titled, "*Damien LaBeaud versus Great West Casualty Company, Russell Oberg, R-Star Logistics, Gregory Spina, State Farm Mutual Automobile Insurance Company.*"

2.

This action is a civil action brought by Plaintiff, Damien LaBeaud, seeking to recover damages, as alleged in Plaintiff's Petition for Damages.[1]

3.

According to the allegations in Plaintiff's Petition, this Court has diversity jurisdiction over this matter under 28 U.S.C. § 1332 because this action involves a controversy that is wholly between citizens of different states.[2] Plaintiff is a person of the full age of majority, a resident of, domiciled in, and a citizen of the State of Louisiana.[3]

4.

There are five Defendants named in Plaintiffs' suit – (1) Great West Casualty Company, (2) Russell Oberg, (3) R-Star Logistics, (4) Gregory Spina, and (5) State Farm Mutual Automobile Insurance Company.

5.

Defendant, Great West, is a juridical entity organized under the laws of the State of Nebraska with its principal place of business in Nebraska.[4]

6.

Defendant, Oberg, is a person of the full age of majority, a resident of, domiciled in, and a citizen of the State of Minnesota.[5]

---

[1] *See* Plaintiffs' Petition for Damages, attached hereto as Exhibit 1.
[2] *Id.*
[3] *Id.*
[4] *See* Louisiana Department of Insurance listing, attached hereto as Exhibit 2.
[5] *See* Plaintiffs' Petition for Damages, attached hereto as Exhibit 1.

7.

Defendant, R-Star Logistics, is a proprietorship, owned by Russell Oberg, who is a person of the full age of majority, resident of, domiciled in, and a citizen of the State of Minnesota.[6]

8.

Defendant, Spina, is a person of the full age of majority, a resident of, domiciled in, and a citizen of the State of Minnesota.[7]

9.

Defendant, State Farm, is a juridical entity organized under the laws of the State of Illinois with its principal place of business in Illinois.[8]

10.

Plaintiff failed to state in his Petition for Damages whether the amount in controversy exceeds $75,000.[9] Plaintiff alleged that he suffered severe and disabling injuries.[10] Additionally, Plaintiff is seeking (1) past and future physical pain and suffering, (2) past, present, and future mental pain and suffering, (3) rental expenses, (4) property damage, (5) loss of use and/or depreciation of vehicle, (6) past, present, and future medical expenses, (7) loss of past and future earnings, (8) loss of future earning capacity, (9) permanent disability of the body, (10) loss of consortium, (11) past and future loss of enjoyment of life, and (12) penalties.[11]

---

[6] *Id.*
[7] *Id.*
[8] *See* Louisiana Department of Insurance listing, attached hereto as Exhibit 3.
[9] *See* Plaintiffs' Petition for Damages, attached hereto as Exhibit 1.
[10] *See* Plaintiffs' Petition for Damages, paragraph 5, attached hereto as Exhibit 1.
[11] *See* Plaintiffs' Petition for Damages, paragraph 2, attached hereto as Exhibit 1.

11.

Great West in no way admits that Plaintiff is entitled to recover damages in excess of $75,000; however, based on the face of Plaintiff's Petition, it is clear that Plaintiff is seeking damages in excess of $75,000, which satisfies the amount in controversy requirement. Moreover, Plaintiff refused to stipulate that his damages do not exceed $75,000.[12] Accordingly, the Court has diversity jurisdiction over this matter because the parties are completely diverse, and the amount in controversy exceeds $75,000.

12.

Great West and State Farm hereby consent to the removal of this case from the Civil District Court, Parish of Orleans to the United States District Court for the Eastern District of Louisiana. Oberg, R-Star Logistics, and Spina have not yet been served; therefore, their consent is unnecessary. However, upon service, they will be represented by undersigned counsel, and they will have no objection to this Removal.

13.

Pursuant to the provisions of 28 U.S.C. § 1441, *et seq.,* this case has been removed to United States District Court for the Eastern District of Louisiana.

14.

Great West files herewith copies of all process, pleadings and orders served upon it. Service of process of Plaintiff's Petition was effected on Great West on July 30, 2012. State Farm was also served on July 30, 2012. According to the record, Great West and State Farm are the only served defendants. This removal is being filed within thirty days of service on the first served defendants. Therefore, the filing of this Removal is timely.

---

[12] *See* Email dated July 19, 2012, attached hereto as Exhibit 4.

15.

Simultaneous with the filing of this Complaint, written notice of removal is being given to all adverse parties and a copy of this Complaint and a Notice of Removal will be filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, to effect a removal of this civil action to this Honorable Court, as provided by law.

**WHEREFORE,** Great West prays that this Complaint for Removal be accepted as good and sufficient, that the aforesaid civil action be removed from the Civil District Court for the Parish of Orleans, State of Louisiana, to this Honorable Court for trial and determination as provided by law, and that this Court enters such Orders and issues such process as may be proper to bring before it copies of all records and proceedings of such civil action from the Civil District Court for the Parish of Orleans, State of Louisiana, and thereupon proceed with this civil action as if it had been originally commenced in this Court.

Respectfully submitted:

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

**BRADLEY J. LUMINAIS, JR. (#28663)**
**BRITTANY M. COURTENAY (# 31846)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Phone: 504-830-3838
***Attorneys for Defendant, Great West Casualty Company***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail and/or forwarded by facsimile the foregoing document and the notice of electronic filing of any non-CM/ECF participant.

**BRADLEY J. LUMINAIS, JR.**

2 C/C & 3 Long Arm out on 7/23/12



FILED 2012 JUL 18 A 11:12 CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 12 - 6987 DIVISION " " J SECTION 5

DAMIAN LABEAUD

VERSUS

GREAT WEST CASUALTY COMPANY, RUSSELL OBERG doing business as R-STAR LOGISTICS, RUSSELL OBERG, GREGORY JOHN SPINA and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as an uninsured/under-insured motorist carrier)

FILED: ____________ DEPUTY CLERK

**PETITION FOR DAMAGES**

The Petition of **DAMIAN LABEAUD**, a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, with respect represent:

1.

Made defendants herein are:

**GREAT WEST CASUALTY COMPANY**, a domestic/foreign company authorized to do and doing business in the State of Louisiana;

**R-STAR LOGISTICS**, domestic/foreign company authorized to do and doing business in the State of Louisiana;

**RUSSELL OBERG**, a person of the full age of majority and a resident of Clay County, State of Minnesota;

**GREGORY JOHN SPINA**, a person of the full age of majority and a resident of Otter Tail County, State of Minnesota; and

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as an uninsured/under-insured motorist carrier)**, a domestic/foreign insurance company authorized to do and doing business in the State of Louisiana.

2.

Defendants herein are jointly and *in solido* liable and indebted unto Petitioner for such damages as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past, present and future mental pain and suffering, rental expenses, property damage, loss of use and/or depreciation ~~of vehicle, past, present, and~~ future medical expenses, loss of past and future earnings, loss of future earning capacity,

TOTAL PAID CASE # 201206987: $1282.00
RECEIPT TOTAL $1,282.00
AMOUNT RECEIVED $1,282.00
CHANGE DUE $.00
Check #76576 Amt. $1,282.00
DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
DATE: 7/18/2012
CASE#: 2012 - 06987 SEC.: 5
RECEIPT#: 341636

| | PRICE | PAID | BAL |
|---|---|---|---|
| PETITION FOR DAMAGES | | | 0.00 |
| JSC | $ 22.50 | $ 22.50 | $ 0.00 |
| INDIGENT LEGAL FEE | $ 10.00 | $ 10.00 | $ 0.00 |
| BUILDING FUND FEE | | | 0.00 |
| REQUEST FOR TRIAL BY JURY | $ 780.00 | $ 780.00 | $ 0.00 |






permanent disability of the body, loss of consortium, past and future loss of enjoyment of life, and penalties and attorneys' fees together with legal interest thereon from date of judicial demand, until paid in full, and for all costs of these proceedings, for the following to-wit:

3.

On or about **December 13, 2011**, an accident occurred at on the St. Claude bridge, in the Parish of Orleans, wherein a vehicle owned by **R-STAR LOGISTICS and/or RUSSELL OBERG** and operated by **GREGORY JOHN SPINA** improperly changed lanes and struck the vehicle owned and operated by **DAMIAN LABEAUD.**

4.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the defendant, **GREGORY JOHN SPINA**, which is attributed but not limited to the following non-exclusive particulars:

**a)** Improper lane usage;

**b)** Failure to yield;

**c)** Careless operation;

**d)** Failure to see what he should have seen;

**e)** Failure to keep a good and careful lookout;

**f)** Failure to maintain reasonable and proper control of the vehicle which he was operating;

**g)** Driving at a speed greater than was reasonable and prudent under the circumstances;

**h)** Operating his vehicle in a careless and reckless manner without regard for the safety of others; and

**i)** Any and all other acts of negligence which may be proven at the trial of this matter.

5.

As a result of the above-referenced accident and negligence of defendant, **GREGORY JOHN SPINA**; Petitioner, **DAMIAN LABEAUD**, suffered severe and disabling injuries and is entitled to recover such damages as are reasonable in the premises.

6.

Upon information and belief, it is alleged that at all times material hereto, **GREAT WEST CASUALTY COMPANY** provided a policy of liability insurance on the vehicle owned by **R-STAR LOGISTICS and/or RUSSELL OBERG** and operated by **GREGORY JOHN**

**SPINA** on the date of this accident, which policy provided coverage for the type of loss sued upon herein, thus rendering said defendant, **GREAT WEST CASUALTY COMPANY**, liable unto Petitioner with the other named defendants.

7.

Upon information and belief, it is alleged that at all times material hereto, that **GREGORY JOHN SPINA** was in the course and scope of his employment and/or on a mission and/or errand for **R-STAR LOGISTICS and/or RUSSELL OBERG** on the date of this accident, thus rendering said defendant, **DAMIAN LABEAUD,** vicariously liable unto Petitioner with the other named defendants.

8.

Upon information and belief, it is alleged that at all times material hereto, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as an uninsured/under-insured motorist carrier)** provided a policy of uninsured/under-insured motorist and medical payments coverage on the vehicle owned and operated by **DAMIAN LABEAUD,** on the date of this accident, which policy provided coverage for the type of loss sued upon herein, thus rendering the said defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as an uninsured/under-insured motorist carrier)** liable unto Petitioners with the other named defendants.

**WHEREFORE**, Petitioner prays that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of Petitioner and against the defendants, **GREAT WEST CASUALTY COMPANY, R-STAR LOGISTICS, RUSSELL OBERG, GREGORY JOHN SPINA and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as an uninsured/under-insured motorist carrier)** jointly and *in solido* in amounts as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past, present and future mental pain and suffering, future mental pain and suffering, property damage, loss of use of vehicle, depreciation, rental expenses, past, present, and future medical expenses, loss of past earnings, loss of future earning capacity, permanent disability of the body, loss of consortium, past and future loss of enjoyment of life, and penalties and attorneys' fees, together with legal interest thereon from date of judicial demand, until paid in full, and for all costs of these proceedings.

Petitioner further prays for trial by jury and all general and equitable relief.

Respectfully submitted by:

Edward J. Womac, Jr., & Associates, L.L.C.

**EDWARD J. WOMAC, JR. (#02195)**
**JASON GILES, T.A. (#29211)**
Attorneys for Plaintiff
3501 Canal Street
New Orleans, Louisiana 70119
Telephone #: (504) 486-9999

PLEASE SERVE:

**GREAT WEST CASUALTY COMPANY**
**Through its Registered Agent for Service of Process:**
**Louisiana Secretary of State**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**

**R-STAR LOGISTICS**
**Via Louisiana Long Arm Statute**
**Through its Registered Agent for Service of Process/ Owner**
**Russell Oberg**
**512 13th Street NE**
**Dilworth, Minnesota 56529**

**RUSSELL OBERG**
**Via Louisiana Long Arm Statute**
**512 13th Street, N.E.**
**Dilworth, Minnesota 56529**

**GREGORY JOHN SPINA**
**Via Louisiana Long Arm Statute**
**23698 Stoney Bar Circle**
**Pelican Rapid, Minnesota 56572**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**Through its Registered Agent for Service of Process:**
**Louisiana Secretary of State**
**8585 Archives Avenue**
**Baton Rouge, Louisiana 70809**

A TRUE COPY




Home | Office Directory | Industry Access | Documents and Forms | Media | Contact Us | [ Search ]

Please wait while we prepare this page for printing.

**Active Company Search Form**

[ New Search ]

Search By:

- ◉ Name
- ○ Companies Licensed Since
- ○ NAIC Number
- ○ License Type
- ○ Coverage Line
- ○ Classification

Note: Use the name field to search for a company name or the first name OR last name of an adjuster (Example: ABC Insurance Company; John OR Doe)

Name: great west casualty company [ Search ]

Print a complete listing of your results. Print

Export a complete listing of your results in Excel. Export to Excel

Company Information

| GREAT WEST CASUALTY COMPANY | | |
|---|---|---|
| **Trade Name(s):** | | |
| **NAIC:** | 11371 | |
| **Status:** | Active | |
| **Domicile:** | NE | **License Types: Admitted Insurer - 12/16/1968**<br>**Continuing Education School**<br><br>**Classification: Fire And Casualty**<br><br>**Coverage Lines: Burglary and forgery**<br>**Crop**<br>**Fidelity**<br>**Fire and allied lines**<br>**Liability**<br>**Marine and transportation**<br>**Miscellaneous**<br>**Steam Boiler and Sprinkler Leakage**<br>**Vehicle**<br>**Workers' Compensation**<br>**Surety** |
| **Address:** | P.O. Box 277<br>South Sioux City , NE 687760277 | |
| | Click here for additional addresses | |
| **Phone:** | (402) 494-2411 | |
| | Click here for additional phones | |
| **Agent For Service of Process:** | LOUISIANA SECRETARY OF STATE | |
| **Agent Address:** | 8585 Archives Ave.<br>BATON ROUGE, LA 70809 | |

Market Share Reports for All Lines of Insurance in Louisiana

Copyright © 2010 Louisiana Department of Insurance
1702 N. Third Street
P.O. Box 94214
Baton Rouge, LA 70802
webmaster@ldi.la.gov
1-800-259-5300

EXHIBIT
tabbies
2




Home | Office Directory | Industry Access | Documents and Forms | Media | Contact Us | [ Search ]

Please wait while we prepare this page for printing.

**Active Company Search Form**

[ New Search ]

Search By:

- Name
- Companies Licensed Since
- NAIC Number
- License Type
- Coverage Line
- Classification

Note: Use the name field to search for a company name or the first name OR last name of an adjuster (Example: ABC Insurance Company; John OR Doe)

Name state farm mutual automobile insurance co [ Search ]

Print a complete listing of your results. Print

Export a complete listing of your results in Excel. Export to Excel

| Company Information | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | | |
| **Trade Name(s):** | | |
| **NAIC:** | 25178 | |
| **Status:** | Active | |
| **Domicile:** | IL | **License Types: Admitted Insurer - 04/08/1935**<br>**Continuing Education School - 11/20/1991**<br><br>**Classification: Fire And Casualty**<br><br>**Coverage Lines: Crop**<br>**Fire and allied lines**<br>**Health and accident**<br>**Liability**<br>**Marine and transportation**<br>**Steam Boiler and Sprinkler Leakage**<br>**Vehicle** |
| **Address:** | One State Farm Plaza<br>Bloomington , IL 61710 | |
| | Click here for additional addresses | |
| **Phone:** | (918) 641-7177 | |
| | Click here for additional phones | |
| **Agent For Service of Process:** | LOUISIANA SECRETARY OF STATE | |
| **Agent Address:** | 8585 Archives Ave.<br>BATON ROUGE, LA 70809 | |

Market Share Reports for All Lines of Insurance in Louisiana

Copyright © 2010 Louisiana Department of Insurance
1702 N. Third Street
P.O. Box 94214
Baton Rouge, LA 70802
webmaster@ldi.la.gov
1-800-259-5300





**Damien LeBeaud**
Brittany Courtenay to: jgiles 07/19/2012 10:37 AM

Jason,

Here is a case that explains what we were discussing on the phone. Also, please allow this email to confirm that you refuse to stipulate Damien LeBeaud's damages do not exceed $75,000. Your refusal is based on the allegation that Mr. LeBeaud allegedly sustained disc abnormalities in the accident made the basis of this lawsuit and has allegedly undergone epidural steroid injections. Moreover, you stated that Mr. LeBeaud is still treating for his injuries.

Based on our conversation, I will presume that the amount in controversy exceeds $75,000, and I will remove this matter to Federal court.

Finally, please send me a copy of Mr. LeBeaud's Petition for Damages.

Best Regards,

Brittany M. Courtenay
Of Counsel
Chopin, Wagar, Richard & Kutcher, LLP
3850 N. Causeway Blvd.
Suite 900
Metairie, LA 70002
Direct dial (504) 754-5093
Direct fax (504) 836-9555
bcourtenay@chopin.com



Crescent_City_Pediatrics_v_Bankers_Ins_Co.doc

