UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAMIEN LABEAUD | * | CIVIL ACTION NO.: _____ |
| | * | |
| VERSUS | * | SECTION: _____ |
| | * | |
| GREAT WEST CASUALTY | * | |
| COMPANY, RUSSELL OBERG, | * | |
| R-STAR LOGISTICS, GREGORY | * | |
| SPINA, STATE FARM MUTUAL | * | |
| AUTOMOBILE INSURANCE | * | |
| COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF FILING OF STATE COURT RECORD

Pursuant to the provisions of 28 U.S.C. § 1447(B), copies of the foregoing pleadings in the state court proceeding titled, *"Damien LaBeaud versus Great West Casualty Company, Russell Oberg, R-Star Logistics, Gregory Spina, State Farm Mutual Automobile Insurance Company,"* bearing number 12-6987, Division J, pending in the Civil District Court for the Parish of Orleans, State of Louisiana, are hereby submitted for filing into the record of these proceedings:

1

1. Petition for Damages.

        Respectfully submitted:

        **CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

        _____
        **BRADLEY J. LUMINAIS, JR. (#28663)**
        **BRITTANY M. COURTENAY (# 31846)**
        Two Lakeway Center
        3850 N. Causeway Boulevard, Suite 900
        Metairie, Louisiana 70002
        Phone: 504-830-3838
        *Attorneys for Defendant, Great West Casualty Company*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 9th day of August, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail and/or forwarded by facsimile the foregoing document and the notice of electronic filing of any non-CM/ECF participant.

        _____
        **BRADLEY J. LUMINAIS, JR.**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 12 - 6987                    DIVISION " "

DAMIAN LABEAUD

VERSUS                    SECTION

GREAT WEST CASUALTY COMPANY, RUSSELL OBERG doing business as R-STAR LOGISTICS, RUSSELL OBERG, GREGORY JOHN SPINA and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as an uninsured/under-insured motorist carrier)

FILED: _____         _____
                                         DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of **DAMIAN LABEAUD**, a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, with respect represent:

1.

Made defendants herein are:

**GREAT WEST CASUALTY COMPANY**, a domestic/foreign company authorized to do and doing business in the State of Louisiana;

**R-STAR LOGISTICS**, domestic/foreign company authorized to do and doing business in the State of Louisiana;

**RUSSELL OBERG**, a person of the full age of majority and a resident of Clay County, State of Minnesota;

**GREGORY JOHN SPINA**, a person of the full age of majority and a resident of Otter Tail County, State of Minnesota; and

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** (in its capacity as an uninsured/under-insured motorist carrier), a domestic/foreign insurance company authorized to do and doing business in the State of Louisiana.

2.

Defendants herein are jointly and *in solido* liable and indebted unto Petitioner for such damages as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past, present and future mental pain and suffering, rental expenses, property damage, loss of use and/or depreciation of vehicle, past, present and future medical expenses, loss of past and future earnings, loss of future earning capacity,


VERIFIED 7/18/12

[Handwritten margin note: 2C/C & 3 Long Arm out on 7/23/12]

[Receipt stamp:]
PAID CASE # 2012-06987: $1,282.00
RECEIPT TOTAL $1,282.00
AMOUNT RECEIVED $1,282.00
CHANGE DUE $.00
Check #76576 Amt. $1,282.00

DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112

DATE: 7/18/2012 09:15:12
CASE#: 2012 - 06987  SEC.: 5
RECEIPT#: 341636

                    PRICE    PAID    BAL
PETITION FOR DAMAGES          0.00
                  $  22.50 $ 22.50 $ 0.00
       JSC
INDIGENT LEGAL FEE
                  $  10.50 $ 10.50 $ 0.00
BUILDING FUND FEE
                  $   0.00
REQUEST FOR TRIAL BY JURY
                  $ 780.00 $ 780.00 $ 0.00

permanent disability of the body, loss of consortium, past and future loss of enjoyment of life, and penalties and attorneys' fees together with legal interest thereon from date of judicial demand, until paid in full, and for all costs of these proceedings, for the following to-wit:

3.

On or about **December 13, 2011**, an accident occurred at on the St. Claude bridge, in the Parish of Orleans, wherein a vehicle owned by **R-STAR LOGISTICS and/or RUSSELL OBERG** and operated by **GREGORY JOHN SPINA** improperly changed lanes and struck the vehicle owned and operated by **DAMIAN LABEAUD.**

4.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the defendant, **GREGORY JOHN SPINA**, which is attributed but not limited to the following non-exclusive particulars:

a) Improper lane usage;

b) Failure to yield;

c) Careless operation;

d) Failure to see what he should have seen;

e) Failure to keep a good and careful lookout;

f) Failure to maintain reasonable and proper control of the vehicle which he was operating;

g) Driving at a speed greater than was reasonable and prudent under the circumstances;

h) Operating his vehicle in a careless and reckless manner without regard for the safety of others; and

i) Any and all other acts of negligence which may be proven at the trial of this matter.

5.

As a result of the above-referenced accident and negligence of defendant, **GREGORY JOHN SPINA**; Petitioner, **DAMIAN LABEAUD**, suffered severe and disabling injuries and is entitled to recover such damages as are reasonable in the premises.

6.

Upon information and belief, it is alleged that at all times material hereto, **GREAT WEST CASUALTY COMPANY** provided a policy of liability insurance on the vehicle owned by **R-STAR LOGISTICS and/or RUSSELL OBERG** and operated by **GREGORY JOHN**

SPINA on the date of this accident, which policy provided coverage for the type of loss sued upon herein, thus rendering said defendant, **GREAT WEST CASUALTY COMPANY**, liable unto Petitioner with the other named defendants.

7.

Upon information and belief, it is alleged that at all times material hereto, that **GREGORY JOHN SPINA** was in the course and scope of his employment and/or on a mission and/or errand for **R-STAR LOGISTICS and/or RUSSELL OBERG** on the date of this accident, thus rendering said defendant, **DAMIAN LABEAUD**, vicariously liable unto Petitioner with the other named defendants.

8.

Upon information and belief, it is alleged that at all times material hereto, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as an uninsured/under-insured motorist carrier)** provided a policy of uninsured/under-insured motorist and medical payments coverage on the vehicle owned and operated by **DAMIAN LABEAUD,** on the date of this accident, which policy provided coverage for the type of loss sued upon herein, thus rendering the said defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as an uninsured/under-insured motorist carrier)** liable unto Petitioners with the other named defendants.

**WHEREFORE**, Petitioner prays that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of Petitioner and against the defendants, **GREAT WEST CASUALTY COMPANY, R-STAR LOGISTICS, RUSSELL OBERG, GREGORY JOHN SPINA and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (in its capacity as an uninsured/under-insured motorist carrier)** jointly and *in solido* in amounts as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past, present and future mental pain and suffering, future mental pain and suffering, property damage, loss of use of vehicle, depreciation, rental expenses, past, present, and future medical expenses, loss of past earnings, loss of future earning capacity, permanent disability of the body, loss of consortium, past and future loss of enjoyment of life, and penalties and attorneys' fees, together with legal interest thereon from date of judicial demand, until paid in full, and for all costs of these proceedings.

Petitioner further prays for trial by jury and all general and equitable relief.

Respectfully submitted by:

Edward J. Womac, Jr., & Associates, L.L.C.

_____
EDWARD J. WOMAC, JR. (#02195)
JASON GILES, T.A. (#29211)
Attorneys for Plaintiff
3501 Canal Street
New Orleans, Louisiana 70119
Telephone #: (504) 486-9999

**PLEASE SERVE:**

GREAT WEST CASUALTY COMPANY
Through its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

R-STAR LOGISTICS
Via Louisiana Long Arm Statute
Through its Registered Agent for Service of Process/ Owner
Russell Oberg
512 13th Street NE
Dilworth, Minnesota 56529

RUSSELL OBERG
Via Louisiana Long Arm Statute
512 13th Street, N.E.
Dilworth, Minnesota 56529

GREGORY JOHN SPINA
Via Louisiana Long Arm Statute
23698 Stoney Bar Circle
Pelican Rapid, Minnesota 56572

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
Through its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

TO: COMMISSIONER OF INSURANCE
P.O. BOX 94214
BATON ROUGE, LA. 70804

FROM: CLERK OF COURT, PARISH OF ORLEANS

RE: R.S. 9.2800.7    REPORTING FORM - PERSONAL INJURY

Section A shall be obtained by the Clerk of Court at the time suit is filed and submitted to the Commissioner of Insurance within 30 days of filing.
Section A shall be completed at the time Judgment becomes definitive.

A. INITIAL INFORMATION

1. Caption of Suit: LABEAUD, DAMIAN
vs
GREAT WEST CASUALTY COMPANY  ET AL

   a) Parish: ORLEANS           b) Docket No,: 2012-06987
   c) Judicial District: CDC    d) Filing Date: 07/18/2012
   e) Type Suit:
      11 X Auto - Bodily Injury     7. __ Professional Liability
      2. __ Uninsured Motorist          a. __ Medical
      3. __ Government Liability        b. __ Legal
      4. __ General Liability           c. __ Architectural
      5. __ Products Liability          d. __ Accounting
      6. __ Redhibition                 e. __ Engineering
                                     8. __ Other

2. Nature of Injuries (If Ascertainable from Petition):
   _____

Section B shall be obtained by the Clerk of Court and submitted to the Commissioner of Insurance within 30 days of definitive judgment. (Section A (1)a - c must also be completed in order to accurately report.)

B. JUDGMENT INFORMATION

1. Judgment by Merit Trial:
   a) __ Judge         __ Jury
   b) __ For the Plaintiff    __ For the Defendant
   c) __ Judgment awarded, exclusive of interest and costs:
      1. __ - 0 -
      2. __ - 0 - but less than $10,000
      3. __ $10,000 but less than $25,000
      4. __ $25,000 but less than $50,000
      5. __ $50,000 but less than $100,000
      6. __ $100,000 but less than $250,000
      7. __ $250,000 but less than $500,000
      8. __ $500,000 but less than $750,000
      9. __ $750,000 but less than $1,000,000
      10. __ $1,000,000 but less than $2,000,000
      11. __ $2,000,000 or more

2. Appeal Status
   a) __ Appeal Entered    b) __ No Appeal Entered

Section C shall be completed by the Clerk of Court and submitted to the Commissioner of Insurance within 30 days of dismissal.

C. DISMISSAL INFORMATION

1. Date of Dismissal: _____
2. __ With Prejudice    __ Without Prejudice

D. A processing fee of $10.00 shall be taxed as costs of court in each suit on which the information required by this section is submitted by the Clerk of Court. Upon rendering of judgment under Section B of this form or dismissal under Section C of this form, $5.00 shall be paid to the Commissioner of Insurance by the Clerk of Court and $5.00 shall be retained by the Clerk from the court costs paid in Section D.

CLERK OR DEPUTY CLERK  _____

**Commissioner's Copy**