UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAMIEN LABEAUD | * | |
| | * | CIVIL ACTION NO.: 2:12-cv-02044 |
| VERSUS | * | |
| GREAT WEST CASUALTY | * | JUDGE SARAH S. VANCE |
| COMPANY, RUSSELL OBERG, | * | |
| R-STAR LOGISTICS, GREGORY | * | MAG. JUDGE ALMA L. CHASZ |
| SPINA, STATE FARM MUTUAL | * | |
| AUTOMOBILE INSURANCE | * | |
| COMPANY | * | |
| * * * * * * * * * * * | * * * | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes the plaintiff, Damien Labeaud, and defendants, R-Star Logistics, Russell Oberg and Great West Casualty Company, and upon suggesting to the Court that they have compromised and settled all disputes and differences with regards to the claims of Damien Labeaud, and that they now desire to have any and all claims asserted by Damien Labeaud in the captioned litigation, as well as the entirety of the captioned litigation, dismissed, with prejudice, each party to bear their own costs.

**NOW, THEREFORE**, the aforementioned parties move this Honorable Court for an Order dismissing all claims of Damien Labeaud asserted in the captioned matter, as well as the

entirety of the captioned matter, with prejudice, each party to bear their own costs.

Respectfully submitted,

**EDWARD J. WOMAC, JR. & ASSOCIATES, L.L.C.**

By: _____
*JASON GILES (#29211)*
3501 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 486-9999
Telefax: (504) 488-4178
*Attorney for Plaintiff, Damien Labeaud*


**CHOPIN, WAGAR, RICHARD & KUTCHER, LLP**

By: _____
**BRADLEY J. LUMINAIS, JR. (# 28663)**
**BRITTANY M. COURTENAY (# 31846)**
Two Lakeway Center - Suite 900
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3838
*Attorneys for Defendants, R-Star Logistics, Russell Oberg and Great West Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the ___25th___ day of ___October___, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to any non-CM/ECF participant.

_____
BRADLEY J. LUMINAIS, JR.