UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAMIEN LABEAUD | * | |
| | * | CIVIL ACTION NO.: 2:12-cv-02044 |
| VERSUS | * | |
| GREAT WEST CASUALTY | * | JUDGE SARAH S. VANCE |
| COMPANY, RUSSELL OBERG, | * | |
| R-STAR LOGISTICS, GREGORY | * | MAG. JUDGE ALMA L. CHASZ |
| SPINA, STATE FARM MUTUAL | * | |
| AUTOMOBILE INSURANCE | * | |
| COMPANY | * | |
| * * * * * * * * * * * | * * * | |

## O R D E R

**Considering the foregoing** Joint Motion to Dismiss with Prejudice of the parties;

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**, and that any and all claims of Damien Labeaud asserted in the captioned litigation, as well as the entirety of the captioned litigation, be and the same are hereby, **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

NEW ORLEANS, LOUISIANA, this  2nd  day of     November    , 2012.

_Sarah Vance_
UNITED STATES DISTRICT JUDGE